Eugene Wright et al., Appellants, v. John Spass et al., Appellees.

Gen. No. 44,126.

opinion filed November 19, 1947; released for publication December 24, 1947. Hermann P. Haase, for appellants; David J. Maddox, for appellees. Opinion by JUSTICE BURKE. Not to be published in full.

Angela Errera, Appellant, v. Nicholas Errera, Appellee.

Gen. No. 44,011.

opinion filed November 19, 1947; released for publication December 24, 1947. Charles A. Bellows, for appellant; Jay W. Bellows, of counsel; Paul Broccolo, for appellee; Ode L. Rankin, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.